UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Timothy Brown,<br><br>          Plaintiff,<br>     v.<br><br>Riexinger & Associates, LLC; and<br>DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.: 1:11-cv-03203(TWT)(CCH) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 18, 2011

                                        Respectfully submitted,

                                          /s/  Cara Hergenroether, Esq.
                                        Attorney Bar No.: 570753
                                        Attorney for Plaintiff Timothy Brown
                                        LEMBERG & ASSOCIATES L.L.C.
                                        1400 Veterans Memorial Highway
                                        Suite 134, #150
                                        Mableton, GA 30126
                                        Telephone: (855) 301-2100 ext. 5516
                                        Facsimile:   (888) 953-6237
                                        Email: chergenroether@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Cara Hergenroether
                                                      Cara Hergenroether