# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Timothy Brown,<br><br>    Plaintiff,<br>v.<br><br>Riexinger & Associates, LLC and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:<br>1:11-cv-03203-TWT-CCH |

### PLAINTIFF TIMOTHY BROWN'S
### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Timothy Brown, through counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice.

Dated: March 30, 2012

Respectfully submitted,

/s/  Cara Hergenroether, Esq.
Attorney Bar No.: 570753
Attorney for Plaintiff Timothy Brown
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:   (888) 953-6237
Email:chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424